**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6917**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SCHPIRO GREENE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:05-cr-00139-REP-RCY-2)

Submitted: November 19, 2020                          Decided: November 24, 2020

Before WILKINSON, KING, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Schpiro Greene, Appellant Pro Se. Janet Jin Ah Lee, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Schpiro Greene appeals the district court's order denying his motion for a sentence reduction under the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222 ("First Step Act").  We have reviewed the record and find no reversible error.  *See United States v. Jackson*, 952 F.3d 492, 502 (4th Cir. 2020) ("Even assuming . . . that a district court in a First Step Act sentence reduction proceeding has equivalent duties to a court initially sentencing a defendant, . . . [w]e are satisfied that the district court considered the parties' arguments and had a reasoned basis for exercising its own legal decisionmaking authority." (brackets and internal citations and quotation marks omitted)).  Accordingly, we affirm the district court's order.  *United States v. Greene*, No. 3:05-cr-00139-REP-RCY-2 (E.D. Va. May 4, 2020).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*